# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WORDS & MUSIC, INC., DONALD KAHN, STEVEN RICHARD MARX AND ANDREW MARX D/B/A GILBERT KEYES MUSIC COMPANY, ALMO MUSIC CORPORATION, CHAPPELL & CO., INC., BONEIDOL MUSIC, CHRYSALIS MUSIC GROUP D/B/A CHRYSALIS MUSIC, WB MUSIC CORP. AND TIONNA MUSIC, <br><br>             PLAINTIFFS, <br><br>vs. <br><br>KEVIN MICHAEL HALVERSON, <br><br>             DEFENDANT. | Civil No. 0:10-cv-00307 (ADM-JJK) <br><br> ORDER GRANTING DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

Based upon Plaintiffs' Renewed Motion for Entry of Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek statutory damages of $4,000 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five copyrighted musical works listed in Exhibit A to the Amended Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the copyrighted musical works listed in Exhibit A to the Amended Complaint, in the total principal sum of $20,000.

2. Defendant shall pay Plaintiffs' attorneys' fees and costs of suit herein in the amount of $6,585.36.

3. Defendant and all persons acting under the direction, control, permission or authority of Defendant shall be and hereby are restrained permanently from publicly performing,

without authorization, all copyrighted works in the ASCAP repertory, whether now in existence or later created, including any or all of the following copyrighted compositions:

- "Dream A Little Dream of Me," by writers Gus Kahn, Wilbur Schwandt and Fabian Andre (EP# 20539 and EU33240, Registered as Unpublished)

- "Walking The Dog," by Rufus Thomas (EU 791-294, Registered as Unpublished)

- "Faith," by George Michael (A/K/A George Panayiotou) (PA# 359-271)

- "Rebel Yell," by Billy Idol and Steve Stevens (PA# 214-883)

- "Jungle Love," by Jamie Starr and Morris Day (PA# 224-129)

in Roberts Sports Bar & Entertainment, or in any place owned, controlled or conducted by Defendant, and from aiding or abetting the public performance of such compositions in any such place or otherwise.

DATED: October 22, 2010            By: s/Ann D. Montgomery
                                       Hon. Ann D. Montgomery
                                       United States District Judge